IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CHRISTOPHER LEON OLMSTED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 03-1735-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| B. COONEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Christopher Leon Olmsted
SID #10633766
777 Stanton Blvd.
Ontario, Oregon 97914-0595

    Pro Se Plaintiff

Hardy Myers
Attorney General
Kathryn A. Cottrell
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon 97301-4096

    Attorneys for Defendants

Page 1 - ORDER

KING, Judge:

Defendants' Motion for Summary Judgment (#39) is granted. All pending motions to compel are moot. This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated this ___25th___ day of July, 2005.

                                    ___/s/ Garr M. King___
                                    Garr M. King
                                    United States District Judge